IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE WELLPOINT, INC. OUT-OF-NETWORK "UCR" RATES LITIGATION

No. C 10-80159 JSW

**ORDER OF REFERRAL**

  Pursuant to Local Rule 72-1, the motion to quash subpoena *duces tecum* of non-party Blue Shield of California and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The hearing date of August 13, 2010 is HEREBY VACATED. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: June 30, 2010

                       JEFFREY S. WHITE
                       UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani