```
 1  Jason A. Wrubleski (SBN 251766)
       jwrubleski@mayerbrown.com
 2  MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
 3  3000 El Camino Real
    Palo Alto, CA  94306-2112
 4  Telephone: (650) 331-2000
    Facsimile:  (650) 331-2060
 5
    Richard M. Assmus (P.H.V. application pending)
 6     rassmus@mayerbrown.com
    MAYER BROWN LLP
 7  71 S. Wacker Drive
    Chicago, IL  60606-4637
 8  Telephone: (312) 782-0600
    Facsimile: (312) 701-7711
 9
    Robert E. Bloch (P.H.V. application pending)
10     rbloch@mayerbrown.com
    MAYER BROWN LLP
11  1999 K Street, N.W.
    Washington, D.C.  20006-1101
12  Telephone: (202) 263-3000
    Facsimile: (202) 263-3300
13
    Attorneys for Non-Party
14  BLUE SHIELD OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**CV 10-80 159 MISC**

| | |
|---|---|
| IN RE AETNA UCR LITIGATION | Misc. Case No. _____<br><br>Currently Pending in U.S. District Court, D. N.J. (Master File 07-cv-3541)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

JSW (BZ)

1    Richard M. Assmus, an active member in good standing of the bar of Illinois, whose
2    business address and telephone number is:
3    MAYER BROWN LLP
     71 S. Wacker Drive
4    Chicago, IL  60606-4637
     Ph: (312) 782-0600,
5
6    having applied in the above-entitled action for admission to practice in the Northern District of
7    California on a *pro hac vice* basis, representing non-party Blue Shield of California,
8    **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
9    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10   *vice*. Service of papers upon and communication with co-counsel designated in the application
11   will constitute notice to the party. All future filings in this action are subject to the requirements
12   contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7 July 2010

United States Judge
Magistrate Judge Bernard Zimmerman

[PROPOSED] ORDER