Jason A. Wrubleski (SBN 251766)
jwrubleski@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Richard M. Assmus (*P.H.V. application pending*)
rassmus@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Robert E. Bloch (*P.H.V. application pending*)
rbloch@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Non-Party*
BLUE SHIELD OF CALIFORNIA

RECEIVED 2010 JUN 29 P 3: 45

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JSW

CV 10 80159 MISC

| | |
|---|---|
| *IN RE* WELLPOINT, INC. OUT-OF-NETWORK "UCR" RATES LITIGATION | Misc. Case No. _____<br>Currently Pending in U.S. District Court, C.D. Cal. (MDL No. 09-2074-PSG (CTx))<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

[PROPOSED] ORDER

1  Robert E. Bloch, an active member in good standing of the bar of the District of
2  Columbia, whose business address and telephone number is:

3  MAYER BROWN LLP
   1999 K. Street, N.W.
4  Washington, D.C. 20006-1101
   Ph: (202) 263-3000,
5

6  having applied in the above-entitled action for admission to practice in the Northern District of
7  California on a *pro hac vice* basis, representing non-party Blue Shield of California,

8  **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10 *vice*. Service of papers upon and communication with co-counsel designated in the application
11 will constitute notice to the party. All future filings in this action are subject to the requirements
12 contained in General Order No. 45, *Electronic Case Filing*.

14 Dated: July 8, 2010

   _____
   United States Judge

[PROPOSED] ORDER