Edward D. Johnson (SBN 189475)
 wjohnson@mayerbrown.com
Jason A. Wrubleski (SBN 251766)
 jwrubleski@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Richard M. Assmus (*pro hac vice*)
 rassmus@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606-4637
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711

Robert E. Bloch (*pro hac vice*)
 rbloch@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C.  20006-1101
Telephone:  (202) 263-3000
Facsimile:  (202) 263-3300

*Attorneys for Non-Party*
BLUE SHIELD OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE* WELLPOINT, INC. OUT-OF-NETWORK "UCR" RATES LITIGATION | Misc. Case No. CV 10 80159 <br><br> Currently Pending in U.S. District Court, C.D. Cal. (MDL No. 09-2074-PSG (CTx)) <br><br> **[PROPOSED] ORDER** |

1 **[PROPOSED] ORDER**

2     Having considered all the papers submitted in support of ~~and opposition to~~ non-party

3 Blue Shield of California's Motion to Schedule Telephonic Conference For July 15, 2010 or July

4 16, 2010 ("Motion"), ~~and good cause appearing therefor~~ no opposition having been received, **IT IS HEREBY ORDERED** that the

5 Motion is **GRANTED**. The telephonic conference scheduled for July 23, 2010 is vacated and

6 rescheduled for July  16  at  9:00 am  .     Counsel for Blue Shield shall serve this Order on
                                                all interested parties, who are to contact Courtcall
7 **IT IS SO ORDERED.**                          at **1-888-882-6878.**

9
   Dated:  July 14, 2010                         _____
10                                                Bernard Zimmerman
11                                                United States Magistrate Judge

[PROPOSED] ORDER